IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDITH COULTER, individually
and as assignee of
VICTOR LEE HUSZAGH,

    Plaintiff,

vs.                              Case No. 4:12cv577-WS/CAS

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

On June 7, 2013, this case was remanded, doc. 50, for further consideration of the Order, doc. 30, which granted in part Plaintiff's motion to compel, doc. 26. After reconsideration, State Farm was required to produce the documents for *in camera* inspection to determine whether the documents are properly withheld as work product for the anticipated bath faith case. Doc. 51. State Farm complied and the documents submitted *in camera* have been considered along with the Second Amended Privilege Log. Upon review, the following documents do not appear to be protected:

    Huszagh-SF MF 20003-20004
    Huszagh-SF MF 20029
    Huszagh-SF MF 20022-20025
    Huszagh-SF MF 20051-20056
    Huszagh-SF MF 20057-20066
    Huszagh-SF MF 20072-20075

  Huszagh-SF MF 20076-20079
  Huszagh-SF MF 20082-20084
  Huszagh-SF MF 20108-20111
  Huszagh-SF MF 20133
  Huszagh-SF MF 20159-20161
  Huszagh-SF MF 10109-10110

State Farm shall have until **July 8, 2013,** in which to file a motion for reconsideration which presents greater explanation for the privilege claimed for the documents listed above, with the explanation provided *in camera*, or State Farm shall provide those documents to Plaintiff no later than **July 10, 2013**.

  Accordingly, it is

  **ORDERED:**

  1. No later than **July 10, 2013**, Defendant shall submit the documents listed above to Plaintiff.

  2. Should Defendant desire to present additional argument or explanation as to why the documents are privileged, Defendant must file a motion for reconsideration and to stay this Order no later than **July 8, 2013,** as explained above.

  **DONE AND ORDERED** on June 26, 2013.

           **S/   Charles A. Stampelos**
           **CHARLES A. STAMPELOS**
           **UNITED STATES MAGISTRATE JUDGE**