UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDITH COULTER, individually and
as assignee of VICTOR LEE HUSZAGH,

    Plaintiff,

v.                                                             4:12cv577-WS/CAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Before the court is the plaintiff's second motion for extension of time. Doc. 73. There being no opposition to the motion, it is ORDERED:

1. The plaintiff's second motion for extension of time (doc. 73) is GRANTED.

2. The plaintiff shall have up to and including July 17, 2013, to respond to the defendant's motion for summary judgment.

DONE AND ORDERED this ___17th___ day of ___July___, 2013.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE