UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDITH COULTER, individually and
as assignee of VICTOR LEE HUSZAGH,

    Plaintiff,

v.                              4:12cv577-WS/CAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____

## NOTICE TO THE PARTIES

Before the court are the parties' cross-motions for summary judgment. Docs. 58 & 61. The parties are hereby notified that the court will take the motions under advisement on December 9, 2013. Neither oral argument nor any other hearing is contemplated.

DONE AND ORDERED this   22nd   day of   November  , 2013.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE